# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ERIC FALCON, | ) | No. CV 12-9873-VAP (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| P.T. SMITH / CDW (A), | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 5, 2013

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE